

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/21/2015

| | | |
|---|---|---|
| IN RE: | § | |
| MYRTA I. TORRES | § | CASE NO: 15-34440 |
| Debtor(s) | § | |
| | § | CHAPTER 13 |

## ORDER DISALLOWING ARREARAGE CLAIM

For the reasons set forth on the record on this date, the arrearage claim asserted by DITECH is disallowed. The balance of the claim stands as filed.

SIGNED **December 21, 2015.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE