IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| MYRTA I. TORRES | § | CASE NO. 15-34440 |
| | § | |
| Debtor | § | CHAPTER 13 |

### NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY REGARDING EXEMPT PROPERTY
**(This resolves docket #54)**

Comes now New Residential Mortgage, LLC ("Movant") by and through its undersigned attorneys, and hereby withdraws without prejudice its Motion for Relief from the Automatic Stay regarding Exempt Property [Docket No. 54].

Dated:   July 16. 2020               Respectfully submitted,

/s/ Cheyenne M. Zokaie
Cheyenne Zokaie, Esq.
Texas SBN:24092003
THE PADGETT LAW GROUP
5501 East LBJ Frwy., Suite 925
Dallas, TX  75240
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Cheyenne.Zokaie@padgettlawgroup.com
*Attorney for Creditor*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on <u>July 16 ,2020</u>, I caused true and correct copy of the foregoing to be served either by CM/ECF notice to all those authorized, and first class mail as indicated to the parties reflected on the below or attached list.

                                                                                    <u>/s/ Cheyenne Zokaie</u>
                                                                                    Cheyenne Zokaie

**By U.S. First Class Mail:**

**<u>Debtor</u>**
Myrta I. Torres
2714 Magnolia Ct.
Stafford, TX 77477

**By Electronic Service:**

**<u>Attorney for Debtor</u>**
Eloise A Guzman
Guzman Law Firm
8225 Gulf Freeway
Houston, TX 77017

**<u>Trustee</u>**
David G Peake
Chapter 13 Trustee
9660 Hillcroft
Suite 430
Houston, TX 77096-3856

**<u>U.S. Trustee</u>**
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002